

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2020

No. 04-20-00466-CR

**IN RE** Isidro **RAMOS**, III

Original Mandamus Proceeding[1]

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena Chapa, Justice

On September 17, 2020, relator filed a pro se petition for writ of mandamus and a motion for leave to file the petition.

We deny as moot relator's motion for leave because leave is not required to file a petition in an intermediate appellate court. See TEX. R. APP. P. 52.1; In re Medina, 04-19-00041-CR, 2019 WL 360534, at *1 (Tex. App.—San Antonio Jan. 30, 2019, no pet.).

In his petition for writ of mandamus, relator complains of the trial court's refusal to rule on his motion for DNA testing, which he contends he filed on December 3, 2019 and re-filed on June 5, 2020. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than October 13, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** September 28, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2015-CR-9685, styled *The State of Texas v. Isidro Ramos, III*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Lorina L. Rummel presiding.